Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 793-2200
Facsimile:  (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for Defendant

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

CAUTRESE ALEXANDER, SHAIRA )
SHAH, )
 )
               Plaintiffs, )
 )
vs. )     Case No. 3KN-26-00524CI
 )
CENTRAL PENINSULA GENERAL )
HOSPITAL, INC. dba CENTRAL )
PENINSULA HOSPITAL, )
 )
               Defendant. )
 )

NOTICE OF REMOVAL

Defendant Central Peninsula General Hospital, Inc. dba Central Peninsula Hospital ("CPGH"), by and through its attorneys, Guess & Rudd P.C., hereby gives notice to this court that they have removed the above-captioned action to the United States District Court for the District of Alaska. *See* Notice of Removal filed in the United States District Court, attached hereto.

LAW OFFICES OF
Guess&Rudd
P.C.
1029 W. 3rd Avenue
Suite 400
ANCHORAGE, AK 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299
law@guessrudd.com

Notice of Removal
Alexander et al v. CPGH, Inc.; Case No. 3KN-26-00524CI
Page 1 of 2
Case 3:26-cv-00278-SLG    Document 1-2    Filed 07/28/26    Page 1 of 2

DATED at Anchorage, Alaska, this 28th day of July, 2026.

GUESS & RUDD P.C.
Attorneys for Defendant


By: s/Pamela D. Weiss
Pamela D. Weiss
Alaska Bar No. 0305022


CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of
July, 2026, the foregoing document
was served via TrueFiling on:

Christina McDonogh
christina@yuraqlegal.com

Guess & Rudd P.C.


By: s/Sarah Tillman
\\gr1\sys\DATA\7072\2\Pleadings\01 Notice of Removal (State).docx

LAW OFFICES OF
Guess&Rudd
P.C.
1029 W. 3rd Avenue
Suite 400
ANCHORAGE, AK 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299
law@guessrudd.com

Notice of Removal
Alexander et al v. CPGH, Inc.; Case No. 3KN-26-00524CI
Page 2 of 2