Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 793-2200
Facsimile: (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAUTRESE ALEXANDER, SHAIRA SHAH,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PENINSULA GENERAL HOSPITAL, INC. dba CENTRAL PENINSULA HOSPITAL,<br><br>Defendant. | ) | Case No. 3:26-cv-__________<br><br>Superior Court Case No. 3KN-26-00524CI |

NOTICE OF FILING OF NOTICE OF REMOVAL

To: Cautrese Alexander
c/o Christina McDonogh
Yuraq Legal Services LLC
3500 LaTouche Street Unit 230A
Anchorage, AK 99508

To: Shaira Shah
c/o Christina McDonogh
Yuraq Legal Services LLC
3500 LaTouche Street Unit 230A
Anchorage, AK 99508

PLEASE TAKE NOTICE that on the 28th day of July, 2026, I filed with the Clerk of the United States District Court for the District of Alaska a Notice of Removal of *Alexander, Cautrese et al v. Central Peninsula General Hospital, Inc., dba Central*

*Peninsula Hospital,* Case No. 3KN-26-00524CI, a copy of which is hereby served upon you.

DATED at Anchorage, Alaska, this 28th day of July, 2026.

GUESS & RUDD P.C.
Attorneys for Defendant

By: s/Pamela D. Weiss
Pamela D. Weiss
Alaska Bar No. 0305022

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2026, a copy of the foregoing document was served electronically on:

Christina McDonogh
christina@yuraqlegal.com

Guess & Rudd P.C.

By: s/Pamela D. Weiss
\\gr1\sys\DATA\7072\2\Pleadings\03 Notice of Filing NOR.doc