Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 793-2200
Facsimile: (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAUTRESE ALEXANDER, SHAIRA SHAH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 3:26-cv-00278-SLG |
| CENTRAL PENINSULA GENERAL HOSPITAL, INC. dba CENTRAL PENINSULA HOSPITAL, | ) ) ) ) | |
| Defendant. | ) ) ) | |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Central Peninsula General Hospital, Inc. dba Central Peninsula Hospital respectfully submits this corporate disclosure statement:

Central Peninsula General Hospital, Inc. is an Alaska nonprofit corporation, and has no parent corporation. No publicly traded company owns any capital stock of Central Peninsula General Hospital, Inc.

Corporate Disclosure Statement
Alexander et al v. CPGH, Inc.; Case No. 3:26-cv-00278-SLG
Page 1 of 2

DATED at Anchorage, Alaska, this 30th day of July, 2026.

GUESS & RUDD P.C.
Attorneys for Defendant


By:    s/Pamela D. Weiss
          Pamela D. Weiss
          Alaska Bar No. 0305022


CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of
July, 2026, a copy of the foregoing
document was served electronically on:

Christina McDonogh
christina@yuraqlegal.com

Guess & Rudd P.C.


By:    s/Pamela D. Weiss
\\Gr4\sys\DATA\7072\2\Pleadings\06 Corporate Disclosure Statement.doc

Corporate Disclosure Statement
Alexander et al v. CPGH, Inc.; Case No. 3:26-cv-00278-SLG
Page 2 of 2